

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| (ONE) 2000 FREIGHTLINER | § | |
| TRUCK-TRACTOR | | No. 08-12-00367-CV |
| VIN:  1FUYDSEBXYDB07196 AND | § | |
| SIX HUNDRED NINETY FOUR | | Appeal from |
| DOLLARS AND TWELVE CENTS | § | |
| ($694.12) IN UNITED STATES | | Criminal District Court No. 1 |
| CURRENCY, | § | |
| | | of El Paso County, Texas |
| Appellant, | § | |
| | | (TC # 2012DCV04469) |
| v. | § | |
| THE STATE OF TEXAS, | § | |
| Appellee. | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment.  We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion.  We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue, and this decision be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF MARCH, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.